■ In the Matter of GINO JOSH SINGER, a Suspended Attorney. [765 NYS2d 771] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the

date hereof. No opinion. Concur—Sullivan, J.P., Rosenberger, Williams, Friedman and Gonzalez, JJ.